No. 75-832. LE CONTÉ COSMETICS, INC., ET AL. *v.* J. B. WILLIAMS CO., INC. C. A. 9th Cir. Certiorari denied.

No. 75-837. ELMORE *v.* NORTH BECKLEY PUBLIC SERVICE DISTRICT. Sup. Ct. App. W. Va. Certiorari denied.

No. 75-838. JAMES TALCOTT, INC. *v.* WHARTON, TRUSTEE. C. A. 2d Cir. Certiorari denied.

No. 75-840. SHIRLEY *v.* BURNS ET AL. C. A. 6th Cir. Certiorari denied.

No. 75-841. INTERNATIONAL TELEPHONE & TELE-GRAPH CORP. *v.* FULTON. Ct. App. Mo., St. Louis District. Certiorari denied.

No 75-842. ARRINGTON ET AL. *v.* TAYLOR ET AL. C. A. 4th Cir. Certiorari denied.

No. 75-847. BEFWICK OF PHILADELPHIA, INC. *v.* MAS-SACHUSETTS MUTUAL LIFE INSURANCE CO., T/A PUBLIC LEDGER BUILDING. Sup. Ct. Pa. Certiorari denied.

No. 75-849. AAFCO HEATING & AIR CONDITIONING CO. *v.* NORTHWEST PUBLICATIONS, INC. Ct. App. Ind. Certiorari denied.

No. 75-857. BORING *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75-872. ADMIRAL CORP. *v.* GILLHAM. C. A. 6th Cir. Certiorari denied.